# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**                                         **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**                                         404-215-1655
**AND CLERK OF COURT**

January 21, 2011


Clerk of Court
Superior Court of Swinnett County, Georgia
Gwinnett Justice and Administration Center
75 Langley Drive
Lawrenceville, Georgia 30046


**Re:** *Mamilove, LLC et al., v. Legacy Academy, Inc, et al.*
     **Your Case Number: 10A-10508-8**
     **Our Case Number: 1:10-cv-4175-RWS**

Dear Clerk of Court:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court. Please acknowledge receipt of this Order by returning the enclosed copy of this letter to this office.


                                                  Sincerely,

                                                James N. Hatten
                                                District Court Executive
                                                  and Clerk of Court


                                        By:  s/Cynthia Mercado
                                                 Deputy Clerk


Enclosure